DAVID N. BARRY, ESQ. (SBN 219230)
LOGAN G. PASCAL, ESQ. (SBN 324733)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270W
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, MARIA GUZMAN and GISELLE GUZMAN

SCOTT S. SHEPARDSON, ESQ. (SBN 197446)
ONGARO PC
1604 Union Street
San Francisco, California 94123
Telephone: 415.433.3900

Attorneys for Defendant FCA US LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUZMAN, an individual, GISELLE GUZMAN, an individual.<br><br>   Plaintiffs,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive<br><br>   Defendants. | Case No. 2:21-CV-01088-DJC-JDP<br><br>**ORDER ON SETTLEMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS**<br><br>**Action Filed: May 18, 2021**<br>**Trial Date: None**<br><br>Dist Judge: Daniel J. Calabretta<br>Courtroom: 10 |

1

ORDER ON SETTLEMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS

## ORDER

IT IS HEREBY ORDERED that Defendant FCA US LLC will pay Plaintiffs $30,000.00 in fees and costs.

Dated:  November 17, 2023        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

ORDER ON SETTLEMENT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS