DAVID N. BARRY, ESQ. (SBN 219230)
LOGAN G. PASCAL, ESQ. (SBN 324733)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270W
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, MARIA GUZMAN and GISELLE GUZMAN

SCOTT S. SHEPARDSON, ESQ. (SBN 197446)
ONGARO PC
1604 Union Street
San Francisco, California 94123
Telephone: 415.433.3900

Attorneys for Defendant FCA US LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUZMAN, an individual, GISELLE GUZMAN, an individual. | Case No. 2:21-CV-01088-DJC-JDP |
| Plaintiffs, | |
| vs. | **ORDER ON JOINT STIPULATION FOR DISMISSAL** |
| FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive | **Action Filed: May 18, 2021** **Trial Date: None** |
| Defendants. | Dist Judge: Daniel J. Calabretta Courtroom: 10 |

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED that the above-entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.


Dated:  November 17, 2023         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION FOR DISMISSAL